UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| GLENN ROLLEN, by his next friend, ) <br> JAMES R. BELL, JR., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> KEVIN COATES, et al., ) <br> ) <br> Defendant(s). ) | Case No. 2:08CV34 JCH |

## ORDER

This matter is before the Court upon its review of the record. On September 1, 2009, Defendants City of Bowling Green, Missouri, Officer Kevin Coates, and Officer Casey Hutsell filed a Motion for Summary Judgment. (Doc. No. 57). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Friday, October 16, 2009**, within which to file his response to Defendants' Motion for Summary Judgment (Doc. No. 57). Failure to do so will result in the Court's ruling on Defendants' unopposed motion.

Dated this 9th day of October, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE